Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Brian P. Ziska (SBN: 272043)
bziska@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone:  949-475-1500
Facsimile:   949-475-0016

Attorneys for Defendant
Hensel Phelps Construction Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALDRIDGE CONSTRUCTION, INC.; GONSALVES & SANTUCCI, INC.; HENSEL PHELPS CONSTRUCTION CO.; M-PILE SALES, LLC; MAGCO DRILLING, INC.; MATT CONSTRUCTION CORP.; and SHORING ENGINEERS,<br><br>　　　　Defendants. | Case No. 2:17-cv-08929-AG-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  January 4, 2018<br>Current Response Date:  January 25, 2018<br>New Response Date:  February 23, 2018 |

　　　　Pursuant to Civil Local Rule 8-3, Plaintiffs Steve Neville, Substructure Support, Inc., and TDP Support, Inc. (collectively "Plaintiffs"), and Defendant Hensel Phelps Construction Co. ("Hensel Phelps"), by and through their respective attorneys, submit this Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days.  The parties have agreed that Hensel Phelps's deadline to answer or otherwise respond to the complaint will be on or before February 23, 2018.

The undersigned have discussed the terms of this Stipulation and all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 22, 2018        SHOOK HARDY & BACON L.L.P.

By: /s/ Brian P. Ziska
Brian P. Ziska
Attorneys for Defendant Aldridge Construction, Inc.

Dated: January 22, 2018        KPPB LLP

By: /s/ Joel A. Kauth
Joel A. Kauth
Attorneys for Plaintiffs