**Samuel A. Wyman (SBN 163030)**
*sawyman@wolfewyman.com*
**Jason D. Hunter (SBN 292901)**
*jdhunter@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
**Telephone: (949) 475-9200**
**Facsimile: (949) 475-9203**

NOTE: CHANGES MADE BY THE COURT

**Attorneys for Defendant**
**SHORING ENGINEERS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALDRIDGE CONSTRUCTION, INC.; GONSALVES & SANTUCCI, INC.; HENSEL PHELPS CONSTRUCTION CO.; M-PILE SALES, LLC; MAGCO DRILLING, INC.; MATT CONSTRUCTION CORP.; and SHORING ENGINEERS, <br><br> Defendants. | Civil Action No. 2:17-CV-08929-AG (AGRx) <br><br> **ORDER GRANTING STIPULATION FOR NEW EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Served: December 19, 2017 <br> Current Response Date: February 8, 2018 <br> New Response Date: February 23, 2018 |

Upon consideration of the stipulation for new extension of time to respond to Complaint submitted by Plaintiffs Steve Neville, Substructure Support, Inc., and TDP Support, Inc. (collectively "plaintiffs"), and Defendant Shoring Engineers, and for

**ORDER GRANTING STIPULATION FOR NEW EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**
**2:17-CV-08929-AG**

2964101.1

1  good cause appearing, the parties' Stipulation is GRANTED.

2      1. Defendant Shoring Engineers may file a motion to dismiss, answer or
3  otherwise respond to the first amended complaint by February 23, 2018.

**NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT AN EXTRAORDINARY FURTHER SHOWING OF GOOD CAUSE.**

    IT IS SO ORDERED.

DATED:  February 8, 2018

By _____
    U.S. DISTRICT COURT JUDGE
    HONORABLE ANDREW GUILFORD

ORDER GRANTING STIPULATION FOR NEW EXTENSION OF TIME TO
RESPOND TO INITIAL COMPLAINT
2:17-CV-08929-AG

2964101.1