UMBERG ZIPSER LLP
Dean J. Zipser (SBN 94680)
  dzipser@umbergzipser.com
Carole E. Reagan (SBN 162674)
  creagan@umbergzipser.com
Mei Tsang, Esq. (SBN 237959)
  mtsang@umbergzipser.com
1920 Main St., Suite 750
Irvine, CA 92614
Tel: (949) 679-0052
Fax: (949) 679-0461

Attorneys for Defendant Matt Construction Corporation

Joel A. Kauth, (SBN 186544)
  Joel.kauth@kppb.com
Mark Yeh (SBN 307181)
  Mark.yeh@kppb.com
KPPB LLP
2190 S. Towne Centre Place, Suite 300
Anaheim, CA  92806
Tel: (949) 852-0000
Fax:  (949) 852-0004

Attorneys for Plaintiffs Steve Neville, Substructure Support, Inc., and TDP Support, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and RDP SUPPORT, INC., <br><br>              Plaintiffs, <br><br> v. <br><br> ALDRIDGE CONSTRUCTION, INC., etc., et al., <br><br>              Defendants. | Case No.  2:17-cv-08929-AG-AGR <br><br> **ORDER SETTING ASIDE DEFAULT OF DEFENDANT MATT CONSTRUCTION CORP. AND SETTING DATE FOR RESPONSE TO COMPLAINT** <br><br> Complaint Served: December 19, 2017 <br> New Response Date: February 23, 2018 |

Upon consideration of the Stipulation to Set Aside the Default of Defendant Matt Construction Corp. and Set Date for Answer to the Complaint, submitted by Plaintiffs Steve Neville, Substructure Support, Inc., and TDP Support, Inc. (collectively "plaintiffs"), and Defendant Matt Construction Corporation, and for good cause appearing, the parties' Stipulation is GRANTED.

The Default entered against Matt Construction (Dkt. No. 26) is hereby set aside; and

Defendant Matt Construction Corp.'s deadline to file and serve its responsive pleading to Plaintiff's Complaint shall be due on or before February 23, 2018.

**IT IS SO ORDERED.**

Dated:  February 12, 2018

Honorable Andrew Guilford
United States District Court