**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and RDP SUPPORT, INC., <br> Plaintiff(s) <br> v. <br> ALDRIDGE CONSTRUCTION, INC., etc., et al., <br> Defendant(s) | CASE NUMBER <br> 2:17-cv-08929-AG-AGR <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Shoring Engineers     ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute Dean J. Zipser, Carole E. Reagan and Mei Tsang of Umberg Zipser LLP who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

1920 Main St., Suite 750
*Street Address*

Irvine, CA 92614                    mtsang@umbergzipser.com
*City, State, Zip*                          *E-Mail Address*

(949) 679-0052          (949) 679-0461          94680; 162674; 237959
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of Samuel A. Wyman and Jason David Hunter of Wolfe and Wyman LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                                                         U. S. District Judge/U.S. Magistrate Judge