NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
JOEL A. KAUTH, CA Bar No. 186544
E-mail: joel.kauth@kppb.com
MARK Y. YEH, CA Bar No. 307181
E-mail: mark.yeh@kppb.com
KPPB LLP
2190 S. Towne Centre Place, Suite 300
Anaheim, CA 92806
PH: (949) 852-0000  FAX: (949) 852-0004

ATTORNEY(S) FOR: Steve Neville, Substructure Support, Inc., and TDP Support, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Neville, Substructure Support, Inc., and TDP Support, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Aldridge Construction, Inc.; Aldridge Electric, Inc.; Gonsalves & Santucci, Inc.; Hensel Phelps Construction Co.; M-Pile Sales, LLC; Magco Drilling, Inc.; Matt Construction Corp.; Shoring Engineers; and Structural Shotcrete Systems, Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:17-CV-08929-AG (AGRx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Steve Neville, Substructure Support, Inc., and TDP Support, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Steve Neville | Plaintiff |
| Substructure Support, Inc. (has no parent corporation; no publicly held corporation owns 10% or more of its stock) | Plaintiff |
| TDP Support, Inc. (has no parent corporation; no publicly held corporation owns 10% or more of its stock) | Plaintiff |
| Aldridge Construction, Inc. | Defendant |
| Aldridge Electric, Inc. | Defendant |
| Gonsalves & Santucci, Inc. | Defendant |
| Hensel Phelps Construction Co. | Defendant |
| M-Pile Sales, LLC | Defendant |
| Magco Drilling, Inc. | Defendant |
| Matt Construction Corp. | Defendant |
| Shoring Engineers | Defendant |
| Structural Shotcrete Systems, Inc. | Defendant |


February 20, 2018                                Mark Yeh
Date                                                        Signature

Attorney of record for (or name of party appearing in pro per):

Steve Neville, Substructure Support, Inc., and TDP Support, Inc.

CV-30 (05/13)                             NOTICE OF INTERESTED PARTIES