# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., and TDP SUPPORT, INC.,<br>　　　　　Plaintiffs,<br>　　v.<br>ALDRIDGE CONSTRUCTION, INC., ALDRIDGE ELECTRIC, INC., FOUNDATION CONSTRUCTORS, INC., FOUNDATION PILE, INC., GONSALVES & SANTUCCI, INC., HENSEL PHELPS CONSTRUCTION CO., M-PILE SALES, LLC, MAGCO DRILLING, INC., MATT CONSTRUCTION CORP., SHORING ENGINEERS, and STRUCTURAL SHOTCRETE SYSTEMS, INC.,<br>　　　　　Defendants. | Case No. 2:17-cv-08929-AG (AGRx)<br>**FINAL JUDGMENT**<br>Hon. Andrew J. Guilford<br>**DEMAND FOR JURY TRIAL**<br>RONALD REAGAN FEDERAL BUILDING AND UNITED STATES COURTHOUSE<br>411 WEST 4TH STREET<br>SANTA ANA, CA 92701-4516 |

# **FINAL JUDGMENT**

Having determined defendants' motion for partial summary judgment (*see* D.E. 140), and having granted the parties' Joint Stipulation to Dismiss Remaining Claims under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the Court ORDERS AND ADJUDGES as follows:

1. Final Judgment is entered in favor of defendants and against plaintiffs.

2. With respect to the cast version of the M-Pile tip, defendants do not infringe claims 1-4, 6-11, 14-19, 22-27, 29, and 32-33 of U.S. Patent No. 7,914,236 ("the '236 patent").

3. With respect to the cast version of the M-Pile tip, defendants do not infringe claims 1-16, 19-22, 25-28, 31-32, 34-37, and 39 of U.S. Patent No. 9,284,708 ("the '708 patent").

4. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper.

DONE AND ORDERED in Chambers at Anaheim, California, this 10th day of October 2019.

Dated: October 10, 2019

Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE