RECEIVED
CLERK, U.S. DISTRICT COURT

8/27/20

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MAT____ DEPUTY

# United States Court of Appeals for the Federal Circuit

---

**STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., TDP SUPPORT, INC.,**

*Plaintiffs-Appellants*

v.

**ALDRIDGE CONSTRUCTION, INC., HENSEL PHELPS CONSTRUCTION CO., M-PILE SALES, LLC, MAGCO DRILLING, INC., MATT CONSTRUCTION CORP., SHORING ENGINEERS, STRUCTURAL SHOTCRETE SYSTEMS, INC., ALDRIDGE ELECTRIC, INC., FOUNDATION CONSTRUCTORS, INC., FOUNDATION PILE, INC., GONSALVES & SANTUCCI, INC.,**

*Defendants-Appellees*

---

2020-1176

---

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-08929-AG-AGR, Judge Andrew J. Guilford.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

        ENTERED BY ORDER OF THE COURT

August 27, 2020         /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court