**RECEIVED**
**CLERK, U.S. DISTRICT COURT**

10/5/20

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___MAT___ DEPUTY

# United States Court of Appeals for the Federal Circuit

---

STEVE NEVILLE, SUBSTRUCTURE SUPPORT, INC., TDP SUPPORT, INC.,
*Plaintiffs-Appellants*

v.

ALDRIDGE CONSTRUCTION, INC., HENSEL PHELPS CONSTRUCTION CO., M-PILE SALES, LLC, MAGCO DRILLING, INC., MATT CONSTRUCTION CORP., SHORING ENGINEERS, STRUCTURAL SHOTCRETE SYSTEMS, INC., ALDRIDGE ELECTRIC, INC., FOUNDATION CONSTRUCTORS, INC., FOUNDATION PILE, INC., GONSALVES & SANTUCCI, INC.,
*Defendants-Appellees*

---

2020-1176

---

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-08929-AG-AGR, Judge Andrew J. Guilford.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 27, 2020, and pursuant to Rule 41 of the Federal

Rules of Appellate Procedure, the formal mandate is hereby issued.

    Costs are awarded to appellees Aldridge Construction, Inc., Hensel Phelps Construction Co., M-Pile Sales, LLC, Magco Drilling, Inc., Matt Construction Corp., Shoring Engineers, Structural Shotcrete Systems, Inc., Aldridge Electric, Inc., Foundation Constructors, Inc., Foundation Pile, Inc., and Gonsalves & Santucci, Inc. in the amount of $39.36 and taxed against the appellants Steve Neville, Substructure Support, Inc., and TDP Support, Inc.

                                                           FOR THE COURT

October 5, 2020                     /s/ Peter R. Marksteiner
                                            Peter R. Marksteiner
                                            Clerk of Court